# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNETONKA MOCCASIN COMPANY, INC.<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10<br><br>  Defendants. | Case No. 22-cv-00087 (PJS/TNL)<br><br>**MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA PRIOR TO RULE 26(F) CONFERENCE TO IDENTIFY DOE DEFENDANTS** |

## MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA PRIOR TO RULE 26(F) CONFERENCE TO IDENTIFY DOE DEFENDANTS

Plaintiff Minnetonka Moccasin Company, Inc. ("Minnetonka") respectfully requests that the Court grant it leave to conduct discovery prior to the Rule 26(f) conference to identify the Doe Defendants, including serving the two subpoenas attached as Exhibits 1 and 2 to this Motion. As explained in Minnetonka's Memorandum of Law, the Court should grant this Motion because Minnetonka has asserted valid claims against the Doe Defendants, the proposed subpoena is the only way to identify the Doe Defendants, and Minnetonka cannot proceed in this case or hold a Rule 26(f) conference until the Doe Defendants have been identified.

2

| | |
|---|---|
| Date: January 19, 2022 | */s/ Jason T. Johnson* <br> Jason T. Johnson (MN #0399974) <br> Caryn A. Boisen (MN #0277344) <br> **LARSON · KING LLP** <br> 2800 Wells Fargo Place <br> 30 E. Seventh Street <br> St. Paul, MN 55101 <br> (651) 312-6500 <br> cboisen@larsonking.com <br> jjohnson@larsonking.com <br><br> *Attorneys for Minnetonka Moccasin Company, Inc.* |

2