## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNETONKA MOCCASIN COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10<br><br>Defendants. | Case No. 22-cv-00087 (PJS/TNL)<br><br>**NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR DISCOVERY** |

PLEASE TAKE NOTICE that on February 11, 2022, at 10:00 a.m., Plaintiff Minnetonka Moccasin Company, Inc.'s Motion for Leave to Conduct Discovery will be heard before the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota, Courtroom 9W, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Date: January 19, 2022

*/s/ Jason T. Johnson*
Jason T. Johnson (MN #0399974)
Caryn A. Boisen (MN #0277344)
**LARSON · KING LLP**
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
(651) 312-6500
cboisen@larsonking.com
jjohnson@larsonking.com
*Attorneys for Minnetonka Moccasin Company, Inc.*