# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNETONKA MOCCASIN COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10<br><br>Defendants. | Case No. 22-cv-00087 (PJS/TNL)<br><br>**[PROPOSED] ORDER** |

This matter is before the Court on Plaintiff Minnetonka Moccasin Company, Inc. ("Minnetonka")'s Motion for Leave to Serve Third-Party Subpoenas. Based upon the proceedings, file, and records herein, Minnetonka's motion is **GRANTED**. Minnetonka may conduct discovery to identify the John Doe Defendants, including issuing the subpoenas attached as Exhibits 1 and 2 to its Motion to Amazon.com, Inc. and DOEMA, Inc., respectively.

Date:

Hon. Tony N. Leung
United States Magistrate Judge
District of Minnesota